UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/07
```

HEWLETT-PACKARD COMPANY,                :

                           Plaintiff,    :        04 Civ. 2791 (TPG)(DCF)

            - against -                  :        **OPINION**

FACTORY MUTUAL INSURANCE               :
COMPANY,

                                        :

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        The court has before it several motions which will be the subject of
an oral argument to be held shortly.  However, the court will dispose of two of
the motions by this opinion.

        Plaintiff moves to strike certain portions of the affidavit of Marlene
Patrick and to strike documents attached to the declaration of Peter J. Barrett,
Jr., all of which are included in the evidence submitted by defendant in
connection with the pending motions for summary judgment.  Plaintiff
contends that these items are inadmissible for various reasons.

        However, the court concludes that no purpose would be served in
striking the materials from the record.  The court will determine the weight to
give or not to give to the evidence which has been submitted on the motions.

        Defendant has moved to strike the declaration of Martin Simenc,
which has been submitted by plaintiff in connection with the pending motions.
Defendant contends that plaintiff has not complied with the requirements of

-2-

the discovery rules with respect to the Simenc declaration.  The court

disagrees, and believes that the Simenc declaration is properly part of the

record on the motions.

Both motions to strike are therefore denied.

SO ORDERED.

Dated:        New York, New York
              March 22, 2007


                                    THOMAS P. GRIESA
                                    U.S.D.J.